# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANA ALENE SANTEE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV99 |
| | ) | |
| V. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **ORDER** |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Brief Deadline (filing 17). The Motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion to Extend Brief Deadline (filing 17) is granted.

2. Plaintiff shall file her brief by September 25, 2013.

3. Defendant shall file a brief by October 25, 2013.

4. Plaintiff may file a reply brief by November 8, 2013.

**DATED July 16, 2013.**

                                      **BY THE COURT:**

                                      **S/ F.A. Gossett**
                                      **United States Magistrate Judge**